**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CARL O. WILLIAMS<br>    Plaintiff, | §<br>§<br>§ | CIVIL ACTION |
| VS. | §<br>§ | NO._____ |
| SHELL OIL COMPANY,<br>    Defendant. | §<br>§<br>§<br>§ | |

## DEFENDANT SHELL OIL COMPANY'S NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Defendant, Shell Oil Company ("Defendant"), with full reservation of all defenses, objections, and rights, and hereby gives notice, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, that the following civil action is removed to this Court: Cause No. 2020-72929, pending in the 113th Judicial District Court of Harris County, State of Texas, entitled *"Carl O. Williams v. Shell Oil Company."*

### BACKGROUND AND PROCEDURAL HISTORY

1.

On or about November 12, 2020, Plaintiff, Carl O. Williams ("Plaintiff") filed Plaintiff's Original Petition, Jury Demand, and Request for Disclosure ("Petition") against Defendant in Texas state court. *See* Exhibit A, Petition.

2.

On November 17, 2020, Defendant received through certified mail a copy of the Petition. *See* Exhibit B. This Notice is timely because it is filed within thirty (30) days of Defendant's receipt of Plaintiff's Petition.[1]

3.

Plaintiff's Petition asserts claims and seeks damages against Defendant pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, *et seq*. *See* Exhibit A, Petition at ¶¶ 6, 16, 17, 22, 23, and 25.

4.

Pursuant to 28 U.S.C. § 1446 (a) and Local Rule CV-81 for this Court, Defendant has attached the following to this notice of removal:

Exhibit A – All pleadings asserting causes of actions;

Exhibit B – All executed process in this case;

Exhibit C – Docket Sheet from the action filed in the 113th Judicial District Court;

Exhibit D – Notices of Removal to Plaintiff and to Texas state court; and

Exhibit E – Index of matters being filed;

Exhibit F – List of all counsel of record, including addresses, telephone numbers, and parties represented.

**<u>BASIS FOR REMOVAL</u>**

5.

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the

---

[1] Defendant contends that service was improper but files this Notice within thirty days of receipt of the Petition out of an abundance of caution.

district courts of the United States have original jurisdiction, may be removed by the defendant…to the district court of the United States for the district and division embracing the place where such action is pending."

6.

This Court has "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

7.

Plaintiff filed a lawsuit under the laws of the United States, namely, Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, *et seq*. *See* Exhibit A, Petition at ¶¶ 6, 16, 17, 22, 23, and 25.

8.

Accordingly, this action is removable pursuant to the provisions of 28 U.S.C. § 1441, because it is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331.

9.

This Court may exercise supplemental jurisdiction over Plaintiff's claim under Chapter 21 of the Texas Labor Code because it is part of the same case or controversy as Plaintiff's claim under Title VII. *See Energy Mngmt. Svcs. v. City of Alexandria,* ("Once § 1441 is satisfied, pursuant to § 1367, the court may then assert supplemental jurisdiction over any remaining state-law claims that do not independently satisfy original jurisdiction, if the state-law claims are part of the same case or controversy as the 'anchor claim.'") (citing 28 U.S.C. 1367).

## **PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED**

10.

In accordance with 28 U.S.C. § 1446 and Local Rule CV-81, Defendant has attached all executed process in this case, all pleadings asserting causes of action and all answers to such pleadings, the docket sheet from state court action, a list of all counsel of record, the written notices of removal to Plaintiff and the state court, an index of matters being filed, and a list of all counsel of record.  *See* Exhibits A-E.

11.

Defendants are unaware of any orders signed by the state court Judge and no hearings have been scheduled in state court.

12.

The only substantive actions taken in the state court proceedings is Plaintiff's filing of the Petition.

13.

The 113th Judicial District Court of Harris County, Texas is located within the jurisdiction of this Court.  28 U.S.C. § 124(b)(2).  This Notice of Removal is therefore properly filed in this Court pursuant to 28 U.S.C. § 1441(a).

14.

This Notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure. Undersigned counsel certifies that a Notice to Plaintiff of this removal, along with a copy of this Notice of Removal, will be promptly served on Plaintiff by mailing and emailing a copy of it to his counsel of record as indicated below:

Alfonso Kennard, Jr.
Daniel J. Salas
KENNARD LAW, PC
100 N.E. Loop 410, Suite 640
San Antonio, Texas 78216
Tel. 210-314-5688
Fax. 210-314-5687

15.

Undersigned counsel also certifies that a Notice to State Court of Removal, along with a copy of this Notice of Removal, will be promptly filed with the Clerk of Court for the 113th Judicial District Court of Harris County, State of Texas. Copies of the Notices being filed in the state court and provided to Plaintiff are attached hereto (without exhibits) as Exhibit D.

16. .

All other prerequisites for removal under 28 U.S.C. §§ 1441 and 1446 have been met.

## CONCLUSION

Defendant, with a full reservation of the right to amend this Notice, gives notice that the action bearing number 2020-72929, pending in the 113 Judicial District Court for Harris County, State of Texas, is removed to and pending on the docket of the United States District Court for the Southern District of Texas, Houston Division, in accordance with the authorities cited herein.

5182565_1.Docx

Respectfully submitted,

By: */s/Kindall C. James*
Kindall James
Texas Bar No. 24086755
Federal Bar No. 2181655
Chauntelle R. Wood
Texas Bar No. 24095031
LISKOW & LEWIS
1001 Fannin Street, Suite 1800
Houston, Texas 77002
Telephone:  713-651-2900
Facsimile:  713-651-2908
E-mail: kjames@liskow.com
E-mail:  crwood@liskow.com

*Counsel for Shell Oil Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on:

Alfonso Kennard, Jr.
Daniel J. Salas
KENNARD LAW, PC
100 N.E. Loop 410, Suite 640
San Antonio, Texas 78216
Tel. 210-314-5688
Fax. 210-314-5687

by efiling notice, by placing same in the United States mail, properly addressed and postage prepaid, and/or by electronic mail, on this 17th of December 2020.

*/s/Kindall C. James*
Kindall C. James