IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CARL O. WILLIAMS**<br>*Plaintiff,* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 4:20-cv-04295 |
| **v.** | | |
| **SHELL OIL COMPANY**<br>*Defendant.* | | |

### MOTION TO SEAL SUMMARY JUDGMENT EVIDENCE

TO THE HONORABLE U.S. DISTRICT COURT JUDGE:

NOW COMES Plaintiff Carl Williams (hereinafter referred to as "Plaintiff") in the above-referenced matter, complaining of and about Defendant Shell Oil Company, and respectfully requests to file a Motion to Seal documents attached to Plaintiff's Summary Judgment Response and supplemental appendix.

### SUMMARY

Plaintiff files this Motion to Request to Seal 'attorney eyes only confidential' documents produced in response to summary judgment, as mentioned in the protective order. According to Local Rule 12(b), Plaintiff is seeking permission to seal certain documents produced as summary judgment evidence, which Defendant has indicated as 'Confidential.' These 'Confidential' documents have been filed under seal simultaneously. We request the Court to review the documents filed under seal and determine whether those documents need to be removed and placed under seal.

1

Respectfully submitted,



/s/ Eddie Hodges Jr.
Eddie Hodges Jr.
Texas Bar No. 24116523
S.D. ID. 3479748
Alfonso Kennard, Jr.
Texas Bar No. 24036888
S.D. ID 713316
5120 Woodway Dr. Suite 10010
Houston, Texas 77057
T: (713) 742-0900
F: (713) 742-0951
eddie.hodges@kennardlaw.com
alfonso.kennard@kennardlaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of this document on all counsel of record, as listed below, via the Case Management Electronic Case Filing (CM/ECF) System for the U.S. District Court for the Southern District of Texas, on February 2, 2022.

Alfonso Kennard Jr.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CARL O. WILLIAMS**<br>*Plaintiff,* | §<br>§<br>§<br>§ | |
| | § | CAUSE NO. 4:20-cv-04295 |
| **v.** | §<br>§<br>§ | |
| **SHELL OIL COMPANY**<br>*Defendant.* | §<br>§<br>§ | |

**PLAINTIFF CARL WILLIAMS' SUPPLEMENTAL 'CONFIDENTIAL' APPENDIX IN OPPOSITION TO DEFENDANT SHELL OIL COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff respectfully submits this Supplemental "Confidential" Appendix under seal in support of its Opposition to the Motion for Summary Judgment.

| APPENDIX | DESCRIPTION |
|---|---|
| PS-001 – PS-007 | Emails from Xavier Puvilland Highlighting "Recent Wins" amongst all BDMs under his supervision |
| PS-008 – PS-014 | Emails from Xavier Puvilland to Carl Williams regarding monthly "YTD Sales KPIs Report" for August 2019, September 2019, October 2019, November 2019, and December 2019. |

Dated: February 2, 2022                                          Respectfully submitted,



   /s/ Eddie Hodges Jr.
Eddie Hodges Jr.
Texas Bar No. 24116523

3

S.D. ID. 3479748
Alfonso Kennard, Jr.
Texas Bar No. 24036888
S.D. ID 713316
5120 Woodway Dr. Suite 10010
Houston, Texas 77057
T: (713) 742-0900
F: (713) 742-0951
eddie.hodges@kennardlaw.com
alfonso.kennard@kennardlaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of this document on all counsel of record, as listed below, via the Case Management Electronic Case Filing (CM/ECF) System for the U.S. District Court for the Southern District of Texas, on February 2, 2022.

_____
Alfonso Kennard Jr.

4