| | |
|---|---|
| **Message** | |
| From: | Puvilland, Xavier SLUBE-DIU [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C7F7A3AE9FB04F988567BDA20664E08D-FRXPU0] |
| Sent: | 2/7/2020 10:50:21 AM |
| To: | Kinnealey, Arthur J SLUBE-DIU [arthur.kinnealey@shell.com]; McLaughlin, Robert W SLUBE-DIU [robert.mclaughlin@shell.com]; Williams, Carl O SLUBE-DIU [carl.o.williams@shell.com]; Peterson, Douglas D SLUBE-DIU [douglas.peterson@shell.com]; Steele, Gary R SLUBE-DIU [g.steele@shell.com]; Eshelman, Kyle SLUBE-DIU [kyle.eshelman@shell.com]; Smyth, Nick C SLUBE-DIU [nick.smyth@shell.com]; Greer, Tameka S SLUBE-DIU [tameka.greer@shell.com]; Hanna, Hugh R SLUBE-DIU [hugh.hanna@shell.com]; O'Neil, Mary J SLUBE-DIU [mary.oneil@shell.com]; Canales, Eugenio E SLUBE-DIU [eugenio.canales@shell.com]; Moran, Daniel E SLUBE-DIU [daniel.moran@shell.com]; White, Bruce N SLUBE-DIU [bruce.white2@shell.com] |
| CC: | Guerrero Herrera, Jesus E SLUBE-DIU [j.guerreroherrera@shell.com]; McDonnell, John P SLUBE-DIU [john.mcdonnell@shell.com]; Boydstun, Eric E SLUBE-DIU [eric.boydstun@shell.com]; Marino, Brian J SLUBE-DIU [brian.marino@shell.com]; Charles, Sean T SLUBE-DIU/C [sean.charles@shell.com]; Johnston, Al W SLUBE-DIU [al.johnston@shell.com]; Hammack, Monica M SLUBE-DIU [monica.hammack@shell.com] |
| Subject: | Recent wins - Indirect US #5 |

Team,

Following up with the wins from January. The activity has been picking up since December, but our overall run rate is still below target. Some of you already managed to be at or above target in January from a C3 perspective and I know the pipelines are getting healthier, so keep pushing hard! Any support needed please let Art, Nick and/or myself know.

- **Art (covering the B2B North East sector)**:
    - **23k gallons** and $64k C3 won with RelaDyne, Kino Inc, taken away from Chevron
    - Ameresco Inc – Chicopee won with Dennison, stolen from Mobil, for **20k gallons** and $49k C3

- **Bob**:
    - Several wins with PPC for a total of **37k gallons** and over $130k C3, most notably Gas Search Drilling (25k gallons) and Mericle Construction taken away from Castrol, the remainder on three smaller accounts (MFPS, Beinhower Leasing and Beaver Logging) taken away from Mobil

- **Carl**:
    - 2 new accounts (True Grit and Sekisui) won with O'Rourke for **16k gallons** and $50k C3

- **Daniel**:
    - 3 new accounts with Lynch Oil for a total of **40k gallons** and $135k C3: East Coast Diesel, FCS Transport and most notably Disney which had been in the works for a while
    - Big & Heavy Equipment won with Taylor Enterprises for **5k gallons** and $16k C3
    - 3 new accounts with RelaDyne for a total of **10k gallons** and $34k C3: Cowan Trucking, Brooks Auto Parts and Amex Trucking

- **Doug**:
    - 2 accounts won with Rilco, for **36k gallons** and $127k C3: Berger Excavating (22k gallons) and Pace Buses
    - 2 accounts won with Midtex, for **16k gallons** and $53k C3:. A. H. Beck Foundation Company and Flasher Equipment
    - Transcasa won with Oil Patch for **10k gallons** and $32k C3

- **Gary**:
    - 3 accounts won, all with Merle Boes and mostly against Chevron, for a total of **35k gallons** and over $90k C3: Challenge Mfg, Betz Industries and Cadillac Castings

- **Hugh**:

**PS-001**

CONFIDENTIAL - ATTORNEY EYES ONLY

- o   First win with Reladyne: McCartney Produce for **3k gallons** and $9k C3

- **Kyle**:
    - o   Two great wins with 2 new accounts, with VanDePol, for a total of **40k gallons** and $110k C3: Legend Transportation (30k gallons) and Euro America

- **MJ**:
    - o   3 accounts won with two different RelaDyne branches for a total of **14k gallons** and $44k C3: Buckey Western Star, GlenDi Inc. and HeavyQuip
    - o   2 accounts won with Rilco for a total of **13k gallons** and $44k C3: JA Frate and Emily's Truck Repair (2 locations)

- **Tameka**:
    - o   3 new accounts won with Taylor for **11k gallons** and $25k C3: Tremron, Precision Pallets and Plazit Polygal

Any comments welcome as always,

Thanks,

Xavier.

---

**From:** Puvilland, Xavier SLUBE-DIU
**Sent:** Wednesday, January 15, 2020 8:02 PM
**To:** Kinnealey, Arthur J SLUBE-DIU <Arthur.Kinnealey@shell.com>; McLaughlin, Robert W SLUBE-DIU/A <robert.mclaughlin@shell.com>; Williams, Carl O SLUBE-DIU/A <Carl.O.Williams@shell.com>; Peterson, Douglas D SLUBE-DIU/A <douglas.peterson@shell.com>; Steele, Gary R SLUBE-DIU/A <G.Steele@shell.com>; Eshelman, Kyle SLUBE-DIU/A <Kyle.Eshelman@shell.com>; Smyth, Nick C SLUBE-DIU/A <nick.smyth@shell.com>; Greer, Tameka S SLUBE-DIU/A <Tameka.Greer@shell.com>; Hanna, Hugh R SLUBE-DIU/A <Hugh.Hanna@shell.com>; O'Neil, Mary J SLUBE-DIU/A <Mary.Oneil@shell.com>; Canales, Eugenio E SLUBE-DIU/A <Eugenio.Canales@shell.com>; Moran, Daniel E SLUBE-DIU/721 <daniel.moran@shell.com>; White, Bruce N SLUBE-DIU/75 <Bruce.White2@shell.com>
**Cc:** Guerrero Herrera, Jesus E SLUBE-DIU <J.GuerreroHerrera@shell.com>; McDonnell, John P SLUBE-DIU <john.mcdonnell@shell.com>; Boydstun, Eric E SLUBE-DIU <Eric.Boydstun@shell.com>; Marino, Brian J SLUBE-DIU <brian.marino@shell.com>; Charles, Sean T SLUBE-DIU/C <Sean.Charles@shell.com>; Johnston, Al W SLUBE-DIU <Al.Johnston@Shell.Com>; Hammack, Monica M SLUBE-DIU <Monica.Hammack@Shell.com>
**Subject:** Recent wins - Indirect US #4

Dear all,

Following up on the wins from December. As expected a soft month due to the holiday period, let's ensure we have a strong rebound in January!

- **Art**:
    - o   **22k gallons** and $85k C3 won with RelaDyne on multiple accounts: Cowan Systems – Georgia, Ingram Concrete, Complete Auto Truck Lube, Mid America Fuels, Americon Construction and Pacific steel & Recycling

- **Bob**:
    - o   Two wins with PPC for a total of **30k gallons** and $85k C3: Graymont – Lewis and Pennex Aluminum
    - o   Two wins with RelaDyne for a total of **20k gallons** and $45k C3: Logan Aluminum and Macon Asphalt – Barnett
    - o   Some great news to be confirmed soon in the nuclear space…

**PS-002**

- **Carl**:
    - 1 new account won with O'Rourke, Tesmac USA, for **15k gallons** and $40k C3

- **Doug**:
    - With Rilco, won NRE (railroad repair operation), for **over 35k gallons** and $50k C3

- **Gary**:
    - West Michigan Molding, **5k gallons,** $12k C3
    - OSI Plastics 500 Gallons, $1k C3. The account is expected to grow, annual volume is estimated to be **3-4k gallons** (Tellus/Omala) estimated margin is $8k

- **Kyle**:
    - Won 3 new accounts, again all from Chevron and through VanDePol, for a total of **12k gallons** and $35k C3: CHI Trucking, Raven Transport and E Diesel

- **Nick**:
    - 3 new accounts with Lynch Oil for **18k gallons** and over $50k C3: J Malever, Optimal Equipment Repair and Trans Phos
    - 1 new accounts with B&J for **3k gallons** and $10k C3: Forester Joseph Trucking

Any comments please let me know,

Thanks,

Xavier.

---

**From:** Puvilland, Xavier SLUBE-DIU
**Sent:** Friday, December 6, 2019 4:55 PM
**To:** Kinnealey, Arthur J SLUBE-DIU/A <Arthur.Kinnealey@shell.com>; McLaughlin, Robert W SLUBE-DIU/A <robert.mclaughlin@shell.com>; Williams, Carl O SLUBE-DIU/A <Carl.O.Williams@shell.com>; Peterson, Douglas D SLUBE-DIU/A <douglas.peterson@shell.com>; Steele, Gary R SLUBE-DIU/A <G.Steele@shell.com>; Strausbaugh, Jeremy W SLUBE-DIU/A <Jeremy.Strausbaugh@shell.com>; Eshelman, Kyle SLUBE-DIU/A <Kyle.Eshelman@shell.com>; Smyth, Nick C SLUBE-DIU/A <nick.smyth@shell.com>; Greer, Tameka S SLUBE-DIU/A <Tameka.Greer@shell.com>
**Cc:** Guerrero Herrera, Jesus E SLUBE-DIU <J.GuerreroHerrera@shell.com>; McDonnell, John P SLUBE-DIU <john.mcdonnell@shell.com>; Boydstun, Eric E SLUBE-DIU <Eric.Boydstun@shell.com>; Marino, Brian J SLUBE-DIU <brian.marino@shell.com>; Charles, Sean T SLUBE-DIU/C <Sean.Charles@shell.com>; Johnston, Al W SLUBE-DIU <Al.Johnston@Shell.Com>; Canales, Eugenio E STUSCO-STO/312 <Eugenio.Canales@shell.com>; White, Bruce N SLUBE-DIU/75 <Bruce.White2@shell.com>; O'Neil, Mary J SLUBE-DIU/721 <Mary.Oneil@shell.com>; Moran, Daniel E SLUBE-DIU/721 <daniel.moran@shell.com>; Hanna, Hugh R SLUBE-DIU/76 <Hugh.Hanna@shell.com>; Hammack, Monica M SLUBE-DIU <Monica.Hammack@Shell.com>
**Subject:** Recent wins - Indirect US #3

Dear all,

I'm following up on the previous highlights sent last month. Please find below some of the wins reported over the last month or so. As previously, please monitor the expected pickup in distributors' purchases and analyze any gap, and keep up the good work!

- **Art**:
    - **Over 50k gallons** and $200k C3 won this month with RelaDyne on multiple accounts, most notably Champlain Peterbilt, Froedge Machine & Supply, Ross Daniels Environmental, ACI Lubesco , BSL Express and Whitney & Sons, but also 8 other smaller accounts

**PS-003**

- **Bob**:
  - Two wins with PPC for a total of **15k gallons** and $60k C3: PEI and American Baler
  - Multiple wins with RelaDyne for a total of **25k gallons** and $80k C3: Plastic Omnium Brenan, Apex Power, McWane Ductal Gagliardi, M&M Nicholas and TetraCorp Lucero

- **Carl**:
  - 4 new accounts won with O'Rourke for over **75k gallons** and $200k C3:
    - Ranger Energy for 50k gallons
    - Buzzi Unicem USA, All Marine and Forterra Pipe & Precast (2of7)

- **Doug**:
  - Amongst others, three significant wins with Midtex for **over 50k gallons** and over $175k C3:
    - Liberty Materials over 30k gallons with a unit C3 of $3.30
    - Heldenfels and Rocky Hill Equipment for 20k gallons and $70k C3

- **Gary**:
  - 5 new accounts won with Rilco for **25k gallons** and $50k C3: Interlake Mecalux Pontiac, ALM Positioners Rock Island, Princeton Flighting, Monterey Mushroom and Pretium Packaging Peru
  - GNS Holland won with Merle Boes for **5k gallons** and $15k C3

- **Jeremy**:
  - Two accounts won with Christensen for **8k gallons** and $25k C3: Portland Pattern and Wetland Creations WCI

- **Kyle**:
  - Won 4 new accounts, all from Chevron and through VanDePol for a total of **15k gallons** and $45k C3: Extreme Truck and Trailer Alignment, RK Truck Repair, Sandoval Diesel Road Services and SKG Trucking

- **Nick**:
  - 4 new accounts with Lynch Oil for **30k gallons** and over $100k C3: Napa Polk County, Stepps Towing & Transport, Boykin Construction and Waste Connections Pinellas

- **Tameka**:
  - Several wins with Dilmar totaling close to **140k gallons** and over $200k C3, with most notably the first order delivered to **Nucor Darlington** (125k gallons)
  - Chevron conversions with Colonial are now complete (including retaining RB Lumber) for another **71k gallons** and over $150k C3

Good luck for next month and see y'all next week in Phoenix!

Any comments please let me know,

Thanks,

Xavier.

---

**From:** Puvilland, Xavier SLUBE-DIU
**Sent:** Thursday, October 24, 2019 6:23 PM
**To:** Kinnealey, Arthur J SLUBE-DIU/A <Arthur.Kinnealey@shell.com>; McLaughlin, Robert W SLUBE-DIU/A <robert.mclaughlin@shell.com>; Williams, Carl O SLUBE-DIU/A <Carl.O.Williams@shell.com>; Peterson, Douglas D

**PS-004**

SLUBE-DIU/A <douglas.peterson@shell.com>; Steele, Gary R SLUBE-DIU/A <G.Steele@shell.com>; Strausbaugh, Jeremy W SLUBE-DIU/A <Jeremy.Strausbaugh@shell.com>; Eshelman, Kyle SLUBE-DIU/A <Kyle.Eshelman@shell.com>; Smyth, Nick C SLUBE-DIU/A <nick.smyth@shell.com>; Greer, Tameka S SLUBE-DIU/A <Tameka.Greer@shell.com>
**Cc:** Guerrero Herrera, Jesus E SLUBE-DIU <J.GuerreroHerrera@shell.com>; McDonnell, John P SLUBE-DIU <john.mcdonnell@shell.com>; Boydstun, Eric E SLUBE-DIU <Eric.Boydstun@shell.com>; Marino, Brian J SLUBE-DIU <brian.marino@shell.com>; Charles, Sean T SLUBE-DIU/C <Sean.Charles@shell.com>
**Subject:** Recent wins - Indirect US #2

Dear all,

I'm following up on the previous highlights sent last month. Please find below some of the wins reported over the last four weeks. As previously, please monitor the expected pickup in distributors' purchases and analyze any gap, and keep up the good work!

- **Art**:
    - **23k gallons** and $85k C3 won this month: Boulevard Tire, Fitzgerald, J&J transportation and Clark Bradshaw

- **Bob**:
    - Two wins with PPC:BKV Operating for **16k gallons** and $56k C3 and Ellwood Forge for **35k gallons**
    - Multiple wins with RelaDyne (**28k gallons**): Cartel Drilling, Gorilla Brake, Beaver Mountain, Dark Horse Timber and Chipcore

- **Doug**:
    - O'Rourke: 5 accounts won (Massey Truck, Ashley Truck Repair, 5J Trucking, Lindale and T&B Trucking) for **27k gallons** and $75k C3
    - Midtex: Bexar was a win of **7k gallons** and $24k C3

- **Gary**:
    - Sterling Steel and Axium plastics, won with Rilco for **20k gallons** and $50k C3
    - Great Lakes Water won with Eastern Oil for **15k gallons** and $45k C3

- **Jeremy**:
    - After Press Forge, additional wins in PCC group with Dion: Timet, Hand Forge and Schultz Steel, for an extra **50k gallons** and $150k C3. Carlton Forge Works is the remaining site to convert.

- **Kyle**:
    - Multiple wins with multiple distributors for **35k gallons** and $120k C3 of Fleet Service (Powell), Evergreen Tree Service (EVCO), Gills Express (Van de Pol) and Prarie Field Services (Dooley).

- **Nick**:
    - 5 new accounts (CW Roberts Wildwood, Independence RV, Trans Phos, Lotts Concrete and MCI Bus) with Lynch for **30k gallons** and over $100k C3
    - 7 new accounts (Roane Transportation, Sam Franklin and Son, Tim's Garage, Elmer Kincaide Trucking, Carpenter Logging, City of Knoxville Heavy Fleet and City of Knoxville) with Taylor for **43k gallons** and over $120k C3

Good luck for next month!

Any comments please let me know,

Thanks,

**PS-005**

CONFIDENTIAL - ATTORNEY EYES ONLY

Xavier.

**From:** Puvilland, Xavier SLUBE-DIU
**Sent:** Thursday, September 26, 2019 2:10 PM
**To:** Kinnealey, Arthur J SLUBE-DIU/A <Arthur.Kinnealey@shell.com>; McLaughlin, Robert W SLUBE-DIU/A <robert.mclaughlin@shell.com>; Williams, Carl O SLUBE-DIU/A <Carl.O.Williams@shell.com>; Peterson, Douglas D SLUBE-DIU/A <douglas.peterson@shell.com>; Steele, Gary R SLUBE-DIU/A <G.Steele@shell.com>; Strausbaugh, Jeremy W SLUBE-DIU/A <Jeremy.Strausbaugh@shell.com>; Eshelman, Kyle SLUBE-DIU/A <Kyle.Eshelman@shell.com>; Smyth, Nick C SLUBE-DIU/A <nick.smyth@shell.com>; Greer, Tameka S SLUBE-DIU/A <Tameka.Greer@shell.com>
**Cc:** Guerrero Herrera, Jesus E SLUBE-DIU <J.GuerreroHerrera@shell.com>; McDonnell, John P SLUBE-DIU <john.mcdonnell@shell.com>; Boydstun, Eric E SLUBE-DIU <Eric.Boydstun@shell.com>; Marino, Brian J SLUBE-DIU <brian.marino@shell.com>
**Subject:** Recent wins - Indirect US #1

Team,

I wanted to thank you for the work done together with our distributors hunting new businesses! Now, let's ensure those volumes materialize in the distributors purchases; please monitor the expected pickup in distributors' purchases and analyze any gap.

**See below some of the main wins reported over the last two months, for over a million gallons:**

- **Art**:
    - ACG with RelaDyne, an integrated offer to both ACG and ARCOSA underpinned by superior account management. Shell and RelaDyne committed to perform site assessments at all ACG locations. Estimated volume will be around **50k gallons** and over $110k C3. ACG locations have been coming on line over the past 60 days.
    - AUTOW NationaLease (locations in Tennessee and Alabama) with RelaDyne, from Chevron for **20k gallons** and $70k C3

- **Bob**:
    - Multiple wins with PPC:
        - Constellium Aluminum Plant for **80k gallons**
        - Standard Steel for **50k gallons**
        - Hickory Run Energy Station for **30k gallons**
        - GDS for **35k gallons**
        - Another 6 new accounts for over **30k gallons**
    - Multiple wins with RelaDyne:
        - US Steel plants in the Chicago area for **120k gallons** and more growth to come
        - Canyon Midstream for **95k gallons**
        - Midwest Steel Temper Mill **50k gallons**

- **Carl**:
    - 6 new accounts with O'Rourke for over **50k gallons** and $150k C3

- **Doug**:
    - **100k gallons** and over $150k C3 with Lone Star, a 12-store dealer group with locations in Texas, Arkansas, Louisiana, and New Mexico. Great team work with Tex-Con and Josalind!
    - Also with Tex-Con, C&W Leasing for **80k gallons** and $100k C3
    - Texas Lehigh moving from Shaeffer/Mobil to Shell with Midtex for **30k gallons** and $70k C3

- **Gary**:

**PS-006**

CONFIDENTIAL - ATTORNEY EYES ONLY                                                                                                     Equilon _000128

- o   Merle Boes is starting to supply Blarney Castle Oil, a new sub distributor in Western Michigan. **50k gallons** with $75k C3 over time.
- o   3 new accounts with Eastern Oil and Halron for over **30k gallons** and $80k C3

- **Jeremy**:
    - o   Press Forge (part of CFW) with Dion, **15k gallons** and $40k C3. More to come from the other CFW sites as sites assessments are being rolled out.

- **Kyle**:
    - o   Won 9 accounts through blitzing activities in the Fresno area with Van De Pol for over **30k gallons** and $100k C3
    - o   Also closed an annualized **18k gallons** for $78k C3 with VDP and EVCO on 6 accounts

- **Nick**:
    - o   10 new accounts with Lynch for over **30k gallons** and $130k C3
    - o   4 new accounts with Taylor and B&J for **30k gallons** and over $100k C3

- **Tameka**:
    - o   Tico (with Colonial) converted from Chevron, **25k gallons** and $20k C3

Keep up the good work!

**Xavier PUVILLAND**
Indirect Business Development Lead - US

**Tel:** +1 832 762 2452
**Mob:** +1 281 716 0792
**Email:** xavier.puvilland@shell.com
**Internet:** http://www.shell.com

**PS-007**

CONFIDENTIAL - ATTORNEY EYES ONLY                                                                                                         Equilon _000129

Message

| | |
|---|---|
| From: | Puvilland, Xavier SLUBE-DIU [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C7F7A3AE9FB04F988567BDA20664E08D-FRXPU0] |
| Sent: | 12/20/2019 5:54:22 PM |
| To: | Williams, Carl O SLUBE-DIU/A [carl.o.williams@shell.com] |
| Subject: | RE: YTD Sales KPIs report |

Carl,

Update at the end of November:

| BDM | Volume Total | | | C3 Total | | |
|---|---|---|---|---|---|---|
| | Actual | Plan | % of Plan | Actual | Plan | % of Plan |
| Carl Williams | 1,590,250 | 1,830,377 | 87% | 6,699,661 | 7,119,047 | 94% |

| Premium | | | Bonus |
|---|---|---|---|
| Actual | Plan | % of Plan | Eligible for Bonus |
| 1,743,255 | 747,982 | 233% | YES |

| Sold To | Volume | | | Total C3 | | | Premium C3 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Plan | % of Plan | Total | Plan | % of Plan | Premium | Plan | % of Plan |
| BREAUX PETROLEUM PRODUCTS, INC. | 561,949 | 582,712 | 96% | 2,447,398 | 2,234,379 | 110% | 323,075 | 111,536 | 290% |
| MIDTEX OIL, L.P. | 212,916 | 255,542 | 83% | 927,954 | 1,193,537 | 78% | 196,414 | 161,505 | 122% |
| O'ROURKE DIST. CO., INC. | 815,385 | 992,123 | 82% | 3,324,309 | 3,691,130 | 90% | 1,223,767 | 474,941 | 258% |
| Grand Total | 1,590,250 | 1,830,377 | 87% | 6,699,661 | 7,119,047 | 94% | 1,743,255 | 747,982 | 233% |

Thanks,

Xavier.

From: Puvilland, Xavier SLUBE-DIU
Sent: Friday, November 15, 2019 4:06 PM
To: Williams, Carl O SLUBE-DIU/A <Carl.O.Williams@shell.com>
Subject: RE: YTD Sales KPIs report

Carl,

Update at the end of October:

| BDM | Volume Total | | | C3 Total |
|---|---|---|---|---|
| | Actual | Plan | % of Plan | Actual |
| Carl Williams | 1,492,115 | 1,663,979 | 90% | 6,392,256 |

**PS-008**

CONFIDENTIAL - ATTORNEY EYES ONLY

| | | | | | | Premium | | | | | Bonus |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Plan | | % of Plan | Actual | | Plan | | | | Plan | % of Plan | Eligible for Bonus |
| 6,471,861 | | 99% | | | 1,679,827 | | | | 679,984 | 247% | YES |

| | Volume | | | Total C3 | | | Premium C3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Sold To | Total | Plan | % of Plan | Total | Plan | % of Plan | Premium | Plan | % of Plan |
| BREAUX PETROLEUM PRODUCTS, INC. | 535,851 | 529,738 | 101% | 2,346,832 | 2,031,254 | 116% | 320,928 | 101,396 | 317% |
| MIDTEX OIL, L.P. | 207,523 | 232,311 | 89% | 964,005 | 1,085,034 | 89% | 207,451 | 146,823 | 141% |
| O'ROURKE DIST. CO., INC. | 748,741 | 901,930 | 83% | 3,081,419 | 3,355,573 | 92% | 1,151,448 | 431,765 | 267% |
| Grand Total | 1,492,115 | 1,663,979 | 90% | 6,392,256 | 6,471,861 | 99% | 1,679,827 | 679,984 | 247% |

Happy to discuss on Monday,

Thanks,

Xavier.

---

**From:** Puvilland, Xavier SLUBE-DIU
**Sent:** Monday, October 21, 2019 6:54 PM
**To:** Williams, Carl O SLUBE-DIU/A <Carl.O.Williams@shell.com>
**Subject:** YTD Sales KPIs report

Carl,

Please find below a snapshot of your performance against KPIs at the end of September. Happy to discuss further.

| | Volume | | | C3 | | | | | | | Bonus |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | | | Total | | | Premium | | | | |
| BDM | Actual | Plan | % of Plan | Actual | Plan | % of Plan | Actual | Plan | % of Plan | Eligible for Bonus |
| Carl Williams | 1,381,968 | 1,497,581 | 92% | 5,986,789 | 5,824,675 | 103% | 1,563,673 | 611,985 | 256% | YES |



| | Volume | | | Total C3 | | | Premium C3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Sold To | Total | Plan | % of Plan | Total | Plan | % of Plan | Premium | Plan | % of Plan |
| BREAUX PETROLEUM PRODUCTS, INC. | 494,003 | 476,764 | 104% | 2,153,050 | 1,828,129 | 118% | 278,840 | 91,256 | 306% |
| MIDTEX OIL, L.P. | 197,477 | 209,080 | 94% | 940,609 | 976,530 | 96% | 214,486 | 132,140 | 162% |
| O'ROURKE DIST. CO., INC. | 690,488 | 811,737 | 85% | 2,893,130 | 3,020,016 | 96% | 1,070,347 | 388,588 | 275% |
| Grand Total | 1,381,968 | 1,497,581 | 92% | 5,986,789 | 5,824,675 | 103% | 1,563,673 | 611,985 | 256% |

Thanks,

Xavier.

**PS-009**

CONFIDENTIAL - ATTORNEY EYES ONLY

| | |
|---|---|
| Message | |
| From: | Puvilland, Xavier SLUBE-DIU [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C7F7A3AE9FB04F988567BDA20664E08D-FRXPU0] |
| Sent: | 9/30/2019 3:27:16 PM |
| To: | Williams, Carl O SLUBE-DIU/A [carl.o.williams@shell.com] |
| Subject: | KPI report August 2019 |

Carl,

Sorry it took me longer to get hold of this report. Please find attached the KPIs report by the end of August.



| Aug YTD | | | C3 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Premium | | | | |
| | BDM | | | Actuals | | | | |
| | Carl Williams (Industry) | | | 1,373,790 | | | | |

| Volume | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total | | | Total | | | | | |
| Target | % Act | Actuals | Target | % Act | Actuals | Target | % Act |
| 551,512 | 249% | 5,235,017 | 5,249,114 | 100% | 1,190,594 | 1,349,599 | 88% |

Thanks,

Xavier.

**PS-010**

Message

| | |
|---|---|
| **From**: | Hammack, Monica M SLUBE-DIU [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FC5B1DB93C76477097B7608F73777CA5-USMLJ1] |
| **Sent**: | 2/25/2020 8:05:38 AM |
| **To**: | Williams, Carl O SLUBE-DIU [carl.o.williams@shell.com] |
| **CC**: | Puvilland, Xavier SLUBE-DIU [xavier.puvilland@shell.com]; Tosheff, Luke D SLUBE-DIU [luke.tosheff@shell.com] |
| **Subject**: | RE: 2019 KPI Results |

Carl-
We don't have that level of visibility into your personal details to calculate, you'll have to connect with HR who can provide further details.

---

**From:** Williams, Carl O SLUBE-DIU <Carl.O.Williams@shell.com>
**Sent:** Monday, February 24, 2020 4:31 PM
**To:** Tosheff, Luke D SLUBE-DIU <Luke.Tosheff@shell.com>
**Cc:** Puvilland, Xavier SLUBE-DIU <Xavier.Puvilland@shell.com>; Hammack, Monica M SLUBE-DIU <Monica.Hammack@Shell.com>
**Subject:** RE: 2019 KPI Results

Hey Luke,

Thanks for providing my 2019 KPI results. How do we transcribe my 2019 KPI to calculate my actual sales bonus? Who is responsible for that?

I would like to confirm the amount. I received the following attachment and screen shot to help me calculate my bonus.

## Calculation Examples

**Bonus Formula:**
Annual Base Salary x Bonus Percentage x Bonus Multiplier = Annual Sales Bonus

**Distribution of weightings for KPIs:**
The payment of sales bonus is based on the aggregated performance of the weighted KPIs (i.e. 80%/120% threshold is applied to **every** KPI, i.e. If **aggregated performance** of weighted KPIs does not met the 80% threshold, no bonus is paid. The ceiling for each KPI individually and aggregated is 120%.

**Bonus Multiplier Example:**

Standard bonus:
| | Premium | C3 | Volume | Total % | Multiplier |
|---|---|---|---|---|---|
| Weighting | Threshold | 60% | 40% | | |
| Target achieved | 103% | 120% | 105% | | |
| Weighted KPI | 100% eligible | 72% | 42% | 114% | 2.4 |

Single KPI missed:
| | Premium | C3 | Volume | Total % | Multiplier |
|---|---|---|---|---|---|
| Weighting | Threshold | 60% | 40% | | |
| Target achieved | 110% | 103% | 79% | | |
| Weighted KPI | 100% eligible | 62% | 0% | 62% | 0.0 |

Premium Exception:
| | Premium | C3 | Volume | Total % | Multiplier |
|---|---|---|---|---|---|
| Weighting | Threshold | 60% | 40% | | |
| Target achieved | 79% | ~~110%~~ (90%)* | 95% | | |
| Weighted KPI | NOT eligible | 54% | 38% | 92% | 0.84 |

*Premium exception due to exceeding total C3*

Premium Threshold Missed:
| | Premium | C3 | Volume | Total % | Multiplier |
|---|---|---|---|---|---|
| Weighting | Threshold | 60% | 40% | | |
| Target achieved | 79% | 94% | 90% | | |
| Weighted KPI | NOT eligible | 56% | 36% | NA | 0.0 |

**Bonus Multiplier**

| % of Target | Bonus Multiplier |
|---|---|
| 0% | 0.00 |
| 80% | 0.60 |
| 81% | 0.62 |
| 82% | 0.64 |
| ~~98%~~ | ~~0.96~~ |
| 99% | 0.98 |
| 100% | 1.00 |
| 101% | 1.10 |
| 102% | 1.20 |
| 103% | 1.30 |
| 104% | 1.40 |
| 105% | 1.50 |
| 106% | 1.60 |
| 116% | 2.60 |
| 117% | 2.70 |
| 118% | 2.80 |
| 119% | 2.90 |
| 120% | 3.00 |

Copyright of Shell International

All the Best,

Carl O. Williams, Jr.

**PS-011**

CONFIDENTIAL - ATTORNEY EYES ONLY

Industrial Business Development Manager
Shell Lubricants
Cell: 281-781-6096
Email: Carl.O.Williams@shell.com
Why choose Shell? Learn more



---

**From:** Tosheff, Luke D SLUBE-DIU <Luke.Tosheff@shell.com>
**Sent:** Monday, February 24, 2020 3:47 PM
**To:** Williams, Carl O SLUBE-DIU <Carl.O.Williams@shell.com>
**Cc:** Puvilland, Xavier SLUBE-DIU <Xavier.Puvilland@shell.com>; Hammack, Monica M SLUBE-DIU <Monica.Hammack@Shell.com>
**Subject:** 2019 KPI Results

Hi Carl,

After thorough review and an in depth look at the financials, please see below for the finalized 2019 results for the accounts tied to your KPI performance. Please note that these results are final and encompass any exceptions, if applicable. On behalf of the BPM team of the Indirect channel, we look forward to reporting on 2020 results by utilizing the scorecard structure that has been developed to more holistically capture your contribution to the Indirect Community.

| Sold To | Volume Total | Volume Plan | Volume % of Plan | Total C3 Total | Total C3 Plan | Total C3 % of Plan | Premium C3 Premium | Premium C3 Plan | Premium C3 % of Plan |
|---|---|---|---|---|---|---|---|---|---|
| BREAUX PETROLEUM PRODUCTS, INC. | 363,249 | 423,791 | 86% | 1,541,512 | 1,625,003 | 95% | 264,682 | 81,117 | 326% |
| MIDTEX OIL, L.P. | 161,417 | 185,849 | 87% | 636,701 | 868,027 | 73% | 126,093 | 117,458 | 107% |
| O'ROURKE DIST. CO., INC. | 377,758 | 721,544 | 52% | 1,429,562 | 2,684,459 | 53% | 590,195 | 345,412 | 171% |
| O'ROURKE DIST. CO., LLC | 218,437 | - | | 700,393 | - | | 169,408 | - | |
| Grand Total | 1,120,860 | 1,331,183 | 84% | 4,308,167 | 5,177,489 | 83% | 1,150,377 | 543,987 | 211% |

If you have any questions, don't hesitate to reach out!

Luke Tosheff
BPM Team

**Luke Tosheff**
Business Performance Analyst
Indirect Channel - Shell Lubricants
150 N. Dairy Ashford, Houston, Texas 77079
Phone: 832-337-6325
Email: Luke.Tosheff@shell.com

**PS-012**